AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched or identify the person by name and address)* )<br>SAFETY DEPOSIT BOX 904 AND ITS )<br>CONTENTS, previously taken from U.S. Private )<br>Vaults, and now in storage at the FBI )<br>)<br>) | Case No.  2:21-MJ-02403<br><br>NOTE: CHANGES MADE BY COURT |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See caption above*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b)</u>, I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 14, 2021, 11:30 a.m.          *Paul L. Abrams*
                                                          *Judge's signature*

City and state:   Los Angeles, CA          Hon. ~~Rozella A. Oliver~~, U.S. Magistrate Judge
                                           Paul L. Abrams
                                           *Printed name and title*

AUSA Andrew Brown, x0102, 11th Floor

| **Return** |||
|---|---|---|
| Case No.: <br> 2:21-MJ-02403 | Date and time warrant executed: <br> May 14, 2021 1pm | Copy of warrant and inventory left with: <br> FBI Los Angeles |
| Inventory made in the presence of : <br> FBI SA Zellhart |||
| Inventory of the property taken and name of any person(s) seized: <br>     $914,700 in US Currency <br>     Cash Packaging and wrappings (plastic bags, paper bags and wrapper) <br>     Bond Tin <br>     Safety Deposit Box 904 Door <br><br> XXX |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 17, 2021

                                                                         *Executing officer's signature*

                                                     Lyndon Versoza, US Postal Inspector
                                                                      *Printed name and title*

**ATTACHMENT B**

**I.   ITEMS TO BE SEIZED**

1.   The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of 18 U.S.C. § 1956 (Money Laundering) and 21 U.S.C. §§ 841, 846 (drug trafficking) (the "Target Offenses") namely:

   a.   Evidence of wealth, such as cash over $5,000, financial instruments, cryptocurrencies, and documents and records referring or relating to the same;

   b.   The safety deposit box itself and packaging or other material inside it which can be forensically tested in an effort to determine who has handled them; and

   c.   Records or items containing indicia of ownership or control of a safety deposit box or its contents such as rental agreements or references to specific persons or their contact information_ , as long as such records or items are contained in safety deposit box 904 itself.    /S/PLA